# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**Civil Action No.: 1:20-cv-00492-NCT-JLW**

| | |
|---|---|
| MARY FERNANDEZ,<br><br>And<br><br>THE NATIONAL FEDERATION OF THE BLIND, INC.,<br><br>Plaintiff,<br>v.<br><br>DUKE UNIVERSITY,<br><br>Defendant. | **DECLARATION OF SHERYLE DIRKS** |

1. My name is Sheryle Dirks. I am over the age of 18, not under any disability, and make these statements from my personal knowledge.

2. I am the Associate Dean for the Career Management Center at the Fuqua School of Business ("Fuqua") at Duke University ("Duke"). In that role, I am responsible for overseeing the Career Management Center, which provides recruiting services and career support for Fuqua students, alumni, and employers.

3. Fuqua previously utilized a career portal known as Global Talent System or "GTS." The portal was available to both students and alumni.

4. During 2018, Fuqua began exploring alternatives to GTS.

5. Fuqua specifically considered accessibility when evaluating potential vendors to provide the new career portal. This is consistent with Duke's digital accessibility guidelines, which state, in relevant part:

> Duke requires vendors who develop and/or maintain Duke websites, web-based applications and electronic information technology (EIT) to demonstrate that their products meet accessibility standards to the extent

practicable. Vendors shall provide the results of accessibility testing or a description of the steps they are taking to bring their content into alignment with accessibility standards. University groups working with outside vendors will need to include the web accessibility requirements within their Request for Proposal (RFP) or Scope of Work (SOW) documents.

6. One vendor Fuqua considered is called 12Twenty.

7. 12Twenty has provided Fuqua with documentation demonstrating that its product substantially complies with the Web Content Accessibility Guidelines, meaning that it is accessible for students with disabilities, including visual impairments. A true and accurate copy of the report provided by 12Twenty is attached as Exhibit A.

8. Fuqua began rolling out portions of the 12Twenty portal during the late summer of 2019.

9. During February 2020, Fuqua executed a multi-year contract with 12Twenty to fully replace GTS.

10. In August 2020, the full 12Twenty portal, including all resume services, will be available to all Fuqua students, alumni, and employers, including Mary Fernandez and the other May 2020 Fuqua graduates.

I declare under the penalty for perjury that the foregoing is true and correct.

Signed: Sheryle Dirks
Sheryle Dirks

Dated: 7/31/2020

# EXHIBIT A

# 12Twenty Accessibility Conformance Report

**Voluntary Product Accessibility Template (VPAT) 2.0**

Name of Company: 12Twenty
Name of Product: 12Twenty Platform
Date: 2/9/2019
Contact: kevin.chu@12twenty.com

## Applicable Standards/Guidelines

This report covers the degree of conformance for the following accessibility standard/guidelines:

| **Standard / Guideline** | **Included in Report** |
|---|---|
| Web Content Accessibility Guidelines 2.0, at http://www.w3.org/TR/2008/REC-WCAG20-20081211/ | Level A<br>Level AA<br>Level AAA |

## Terms

The terms used in the Conformance Level information are defined as follows:

- **Supports**: The functionality of the product has at least one method that meets the criteria without known defects or meets with equivalent facilitation.
- **Supports with Exceptions**: Some functionality of the product does not meet the criteria.
- **Does Not Support**: Majority of functionality of the product does not meet the criteria.
- **Not Applicable (N/A)**: The criteria are not relevant to the product.
- **Not Evaluated**: The product has not been evaluated against the criteria. This can be used only with WCAG 2.0 Level AAA.

# WCAG 2.0 Report

## Table 1: Conformance Criteria, Level A

| Criteria | Conformance Level | Remarks and Explanations |
|---|---|---|
| 1.1.1 Non-text Content (Level A)<br>All non-text content that is presented to the user has a text alternative that serves the equivalent purpose. | Supports | All images, help icons, etc use alt tags or provide alternative text for screen readers. |
| 1.2.1 Audio-only and Video-only (Prerecorded) (Level A)<br>For prerecorded audio-only and prerecorded video-only media, the following are true, except when the audio or video is a media alternative for text and is clearly labeled as such. | N/A | No multimedia is used on the platform. |
| 1.2.2 Captions (Prerecorded) (Level A)<br>Captions are provided for all prerecorded audio content in synchronized media, except when the media is a media alternative for text and is clearly labeled as such. | N/A | No multimedia is used on the platform. |
| 1.2.3 Audio Description or Media Alternative (Prerecorded) (Level A)<br>An alternative for time-based media or audio description of the prerecorded video content is provided for synchronized media, except when the media is a media alternative for text and is clearly labeled as such. | N/A | No multimedia is used on the platform. |

| | | |
|---|---|---|
| 1.3.1 Info and Relationships (Level A)<br>Information, structure, and relationships conveyed through presentation can be programmatically determined or are available in text. | Supports | The platform utilizes html and text appropriately to ensure information, structure, and relationships can be programmatically determined. This includes the use of semantic markup, proper markup (e.g. table, ol, label, etc), headings, and relevant html attributes (e.g. aria), among other techniques. |
| 1.3.2 Meaningful Sequence (Level A)<br>When the sequence in which content is presented affects its meaning, a correct reading sequence can be programmatically determined. | Supports | Content is ordered in a meaningful sequence. |
| 1.3.3 Sensory Characteristics (Level A)<br>Instructions provided for understanding and operating content do not rely solely on sensory characteristics of components such as shape, size, visual location, orientation, or sound. | N/A | Components do not depend on shape, size, visual location, orientation, or sound. |
| 1.4.1 Use of Color (Level A)<br>Color is not used as the only visual means of conveying information, indicating an action, prompting a response, or distinguishing a visual element. | Supports | Color is not used to convey information, indicating an action, prompting a response, or distinguishing a visual element. |
| 1.4.2 Audio Control (Level A)<br>If any audio on a Web page plays automatically for more than 3 seconds, either a mechanism is available to pause or stop the audio, or a mechanism is available to control audio volume independently from the overall system volume level. | N/A | No multimedia is used on the platform. |
| 2.1.1 Keyboard (Level A) | Supports | A keyboard can be used for all functionality throughout the platform. |

| | | |
|---|---|---|
| All functionality of the content is operable through a keyboard interface without requiring specific timings for individual keystrokes, except where the underlying function requires input that depends on the path of the user's movement and not just the endpoints. | | |
| 2.1.2 No Keyboard Trap (Level A)<br>If keyboard focus can be moved to a component of the page using a keyboard interface, then focus can be moved away from that component using only a keyboard interface, and, if it requires more than unmodified arrow or tab keys or other standard exit methods, the user is advised of the method for moving focus away. | Supports | Platform ensure that keyboard users will not be trapped in content. |
| 2.2.1 Timing Adjustable (Level A)<br>For each time limit that is set by the content, at least one of the following is true:<br>• Turn off: The user is allowed to turn off the time limit before encountering it; or<br>• Adjust: The user is allowed to adjust the time limit before encountering it over a wide range that is at least ten times the length of the default setting; or<br>• Extend: The user is warned before time expires and given at least 20 seconds to extend the time limit with a simple action (for example, "press the space bar"), and the user is allowed to extend the time limit at least ten times; or<br>• Real-time Exception: The time limit is a required part of a real-time event (for | N/A | No content on the platform has time limits. The exception is logging the user out after a configurable amount of inactivity. |

| | | |
|---|---|---|
| example, an auction), and no alternative to the time limit is possible; or<br>• Essential Exception: The time limit is essential and extending it would invalidate the activity; or<br>• 20 Hour Exception: The time limit is longer than 20 hours. | | |
| 2.2.2 Pause, Stop, Hide (Level A)<br>For moving, blinking, scrolling, or auto-updating information, all of the following are true:<br>• Moving, blinking, scrolling: For any moving, blinking or scrolling information that (1) starts automatically, (2) lasts more than five seconds, and (3) is presented in parallel with other content, there is a mechanism for the user to pause, stop, or hide it unless the movement, blinking, or scrolling is part of an activity where it is essential; and<br>• Auto-updating: For any auto-updating information that (1) starts automatically and (2) is presented in parallel with other content, there is a mechanism for the user to pause, stop, or hide it or to control the frequency of the update unless the auto-updating is part of an activity where it is essential. | Supports | No moving, blinking, or scrolling content exists. Some areas of the platform may feature data that auto-updates, but that data is not presented in parallel with other content. |
| 2.3.1 Three Flashes or Below Threshold (Level A)<br>Web pages do not contain anything that flashes more than three times in any one second period, | N/A | No flashing content exists. |

| | | |
|---|---|---|
| or the flash is below the general flash and red flash thresholds. | | |
| 2.4.1 Bypass Blocks (Level A)<br>A mechanism is available to bypass blocks of content that are repeated on multiple Web pages. | | A 'skip navigation' link is provided at the top of the page to go directly to the main content area for keyboard users. Regions of a page are also identified in the markup. |
| 2.4.2 Page Titled (Level A)<br>Web pages have titles that describe topic or purpose. | Supports | Headers and titles are used on all pages of the platform. |
| 2.4.3 Focus Order (Level A)<br>If a Web page can be navigated sequentially and the navigation sequences affect meaning or operation, focusable components receive focus in an order that preserves meaning and operability. | Supports | Focusable components receive focus in an order that preserves meaning and operability throughout the platform, including forms, etc. |
| 2.4.4 Link Purpose (In Context) (Level A)<br>The purpose of each link can be determined from the link text alone or from the link text together with its programmatically determined link context, except where the purpose of the link would be ambiguous to users in general. | Supports | Link text dictates the purpose of links throughout the platform. |
| 3.1.1 Language of Page (Level A)<br>The default human language of each Web page can be programmatically determined. | Supports | lang="en" html attributes is utilized to specify the default language. |
| 3.2.1 On Focus (Level A)<br>When any component receives focus, it does not initiate a change of context. | Supports | Changes of context are not initiated when a component receives focus. |

| | | |
|---|---|---|
| 3.2.2 On Input (Level A)<br>Changing the setting of any user interface component does not automatically cause a change of context unless the user has been advised of the behavior before using the component. | Supports | Submit buttons are utilized on forms to indicate a context change will occur. |
| 3.3.1 Error Identification (Level A)<br>If an input error is automatically detected, the item that is in error is identified and the error is described to the user in text. | Supports | Error messages are presented to the user and the offending inputs are identified if user input errors exist. |
| 3.3.2 Labels or Instructions (Level A)<br>Labels or instructions are provided when content requires user input. | Supports | Inputs are always accompanied by labels and occasionally accompanied by additional instructions or help text. |
| 4.1.1 Parsing (Level A)<br>In content implemented using markup languages, elements have complete start and end tags, elements are nested according to their specifications, elements do not contain duplicate attributes, and any IDs are unique, except where the specifications allow these features. | Supports | The html code generated comply with these requirements. |
| 4.1.2 Name, Role, Value (Level A)<br>For all user interface components (including but not limited to: form elements, links and components generated by scripts), the name and role can be programmatically determined; states, properties, and values that can be set by the user can be programmatically set; and notification of changes to these items is available to user agents, including assistive technologies. | Supports | Standard html controls are used according to specification throughout the platform. Custom components use html attributes such as aria-label and aria-labelledby to ensure this criterion is met. |

Table 2: Conformance Criteria, Level AA

| Criteria | Conformance Level | Remarks and Explanations |
|---|---|---|
| 1.2.4 Captions (Live) (Level AA)<br>Captions are provided for all live audio content in synchronized media. | N/A | No multimedia is used on the platform. |
| 1.2.5 Audio Description (Prerecorded) (Level AA)<br>Audio description is provided for all prerecorded video content in synchronized media. | N/A | No multimedia is used on the platform. |
| 1.4.3 Contrast (Minimum) (Level AA)<br>The visual presentation of text and images of text has a contrast ratio of at least 4.5:1, except for the following:<br>• Large Text: Large-scale text and images of large-scale text have a contrast ratio of at least 3:1;<br>• Incidental: Text or images of text that are part of an inactive user interface component, that are pure decoration, that are not visible to anyone, or that are part of a picture that contains significant other visual content, have no contrast requirement.<br>• Logotypes: Text that is part of a logo or brand name has no minimum contrast requirement. | Supports | Note that some colors in use throughout the platform are configurable by the customer. |

| | | |
|---|---|---|
| 1.4.4 Resize text (Level AA)<br>Except for captions and images of text, text can be resized without assistive technology up to 200 percent without loss of content or functionality. | Supports | Site is responsive and text can be resized without loss of content or functionality. |
| 1.4.5 Images of Text (Level AA)<br>If the technologies being used can achieve the visual presentation, text is used to convey information rather than images of text except for the following:<br>• Customizable: The image of text can be visually customized to the user's requirements;<br>• Essential: A particular presentation of text is essential to the information being conveyed. | Supports | Images with text are not used, with the exception of school logos configurable by the school. |
| 2.4.5 Multiple Ways (Level AA)<br>More than one way is available to locate a Web page within a set of Web pages except where the Web Page is the result of, or a step in, a process. | Supports | Links are provided to navigate to related pages on the platform. |
| 2.4.6 Headings and Labels (Level AA)<br>Headings and labels describe topic or purpose. | Supports | Headings and labels are used according to specification and for their intended purpose. |
| 2.4.7 Focus Visible (Level AA)<br>Any keyboard operable user interface has a mode of operation where the keyboard focus indicator is visible. | Supports | Keyboard focus indicator is visible throughout the platform. |
| 3.1.2 Language of Parts (Level AA)<br>The human language of each passage or phrase in the content can be programmatically determined except for proper names, technical | Supports | The language attribute is used to specify the language of the platform. |

| | | |
|---|---|---|
| terms, words of indeterminate language, and words or phrases that have become part of the vernacular of the immediately surrounding text. | | |
| 3.2.3 Consistent Navigation (Level AA)<br>Navigational mechanisms that are repeated on multiple Web pages within a set of Web pages occur in the same relative order each time they are repeated, unless a change is initiated by the user. | Supports | Navigation is consistent throughout the platform. |
| 3.2.4 Consistent Identification (Level AA)<br>Components that have the same functionality within a set of Web pages are identified consistently. | Supports | Components are used and identified consistently throughout the platform. |
| 3.3.3 Error Suggestion (Level AA)<br>If an input error is automatically detected and suggestions for correction are known, then the suggestions are provided to the user, unless it would jeopardize the security or purpose of the content. | Supports | Error suggestions are provided to the user as necessary. |
| 3.3.4 Error Prevention (Legal, Financial, Data) (Level AA)<br>For Web pages that cause legal commitments or financial transactions for the user to occur, that modify or delete user-controllable data in data storage systems, or that submit user test responses, at least one of the following is true:<br>• Reversible: Submissions are reversible.<br>• Checked: Data entered by the user is checked for input errors and the user is provided an opportunity to correct them. | Supports | All data is processed through server-side authorization and validation. Confirmations are used in various places throughout the site as well. |

| | | |
|---|---|---|
| • Confirmed: A mechanism is available for reviewing, confirming, and correcting information before finalizing the submission. | | |

Table 3: Conformance Criteria, Level AAA

| Criteria | Conformance Level | Remarks and Explanations |
|---|---|---|
| 1.2.6 Sign Language (Prerecorded) (Level AAA)<br>Sign language interpretation is provided for all prerecorded audio content in synchronized media. | N/A | No multimedia is used on the platform. |
| 1.2.7 Extended Audio Description (Prerecorded) (Level AAA)<br>Where pauses in foreground audio are insufficient to allow audio descriptions to convey the sense of the video, extended audio description is provided for all prerecorded video content in synchronized media. | N/A | No multimedia is used on the platform. |
| 1.2.8 Media Alternative (Prerecorded) (Level AAA)<br>An alternative for time-based media is provided for all prerecorded synchronized media and for all prerecorded video-only media. | N/A | No multimedia is used on the platform. |
| 1.2.9 Audio-only (Live) (Level AAA)<br>An alternative for time-based media that presents equivalent information for live audio-only content is provided. | N/A | No multimedia is used on the platform. |

| | | |
|---|---|---|
| 1.4.6 Contrast Enhanced (Level AAA)<br>The visual presentation of text and images of text has a contrast ratio of at least 7:1, except for the following:<br>● Large Text: Large-scale text and images of large-scale text have a contrast ratio of at least 4.5:1;<br>● Incidental: Text or images of text that are part of an inactive user interface component, that are pure decoration, that are not visible to anyone, or that are part of a picture that contains significant other visual content, have no contrast requirement.<br>● Logotypes: Text that is part of a logo or brand name has no minimum contrast requirement. | Supports with Exceptions | The vast majority of the text on our platform have contrast ratios of 11:1 or greater (note that some colors on the platform are user-configurable). There are a few status badges and informational messages on our site where the contrast ratio drops to 5:1. |
| 1.4.7 Low or No Background Audio (Level AAA)<br>For prerecorded audio-only content that (1) contains primarily speech in the foreground, (2) is not an audio CAPTCHA or audio logo, and (3) is not vocalization intended to be primarily musical expression such as singing or rapping, at least one of the following is true:<br>1. No Background: The audio does not contain background sounds.<br>2. Turn Off: The background sounds can be turned off.<br>3. 20 dB: The background sounds are at least 20 decibels lower than the foreground speech content, with the exception of occasional sounds that last for only one or two seconds. | N/A | No multimedia is used on the platform. |

12TWENTY

| | | |
|---|---|---|
| 1.4.8 Visual Presentation (Level AAA)<br>For the visual presentation of blocks of text, a mechanism is available to achieve the following:<br>1. Foreground and background colors can be selected by the user.<br>2. Width is no more than 80 characters or glyphs (40 if CJK).<br>3. Text is not justified (aligned to both the left and the right margins).<br>4. Line spacing (leading) is at least space-and-a-half within paragraphs, and paragraph spacing is at least 1.5 times larger than the line spacing.<br>5. Text can be resized without assistive technology up to 200 percent in a way that does not require the user to scroll horizontally to read a line of text on a full-screen window. | Supports with Exceptions | 1. Background color is not specified in some areas of the platform, but there are areas where both text and background colors are specified.<br>2. Text is responsive if the viewing window is narrowed.<br>3. Text is not justified<br>4. Line spacing is specified in CSS<br>5. Layout does not interfere with the user agent's reflow of text as the viewing window is narrowed |
| 1.4.9 Images of Text (No Exception) Control (Level AAA)<br>Images of text are only used for pure decoration or where a particular presentation of text is essential to the information being conveyed. | Supports | Images of text are not used. |
| 2.1.3 Keyboard (No Exception) (Level AAA)<br>All functionality of the content is operable through a keyboard interface without requiring specific timings for individual keystrokes. | Supports | Platform does not contain inputs that depend on the path of the user's movement. |
| 2.2.3 No Timing (Level AAA)<br>Timing is not an essential part of the event or activity presented by the content, except for | Supports | Time limits are not imposed on the user. |

| | | |
|---|---|---|
| non-interactive synchronized media and real-time events. | | |
| 2.2.4 Interruptions (Level AAA)<br>Interruptions can be postponed or suppressed by the user, except interruptions involving an emergency. | Supports | Time limits are not imposed on the user and interruptions aside from user inactivity expirations are not utilized by the platform. |
| 2.2.5 Re-authenticating (Level AAA)<br>When an authenticated session expires, the user can continue the activity without loss of data after re-authenticating. | Does Not Support | Strategies such as a temporary server cache for forms for re-authentication are not currently utilized by the platform. |
| 2.3.2 Three Flashes (Level AAA)<br>Web pages do not contain anything that flashes more than three times in any one second period. | Supports | Flashing is not utilized by the platform. |
| 2.4.8 Location (Level AAA)<br>Information about the user's location within a set of Web pages is available. | Supports | A navigation menu with the user's current location is present throughout the platform. Breadcrumbs are utilized in various locations as well. |
| 2.4.9 Link Purpose (Link Only) (Level AAA)<br>A mechanism is available to allow the purpose of each link to be identified from link text alone, except where the purpose of the link would be ambiguous to users in general. | Supports | All links have link text that describes the purpose of the link. |
| 2.4.10 Section Headings (Level AAA)<br>Section headings are used to organize the content. | Supports | Section headings are utilized where applicable. |
| 3.1.3 Unusual Words (Level AAA)<br>A mechanism is available for identifying specific definitions of words or phrases used in an | N/A | The majority of data in the platform is user-generated. |

| | | |
|---|---|---|
| unusual or restricted way, including idioms and jargon. | | |
| 3.1.4 Abbreviations (Level AAA)<br>A mechanism for identifying the expanded form or meaning of abbreviations is available. | N/A | The majority of data in the platform is user-generated or user configurable. Abbreviations are not used in core parts of the platform. |
| 3.1.5 Reading Level (Level AAA)<br>When text requires reading ability more advanced than the lower secondary education level after removal of proper names and titles, supplemental content, or a version that does not require reading ability more advanced than the lower secondary education level, is available. | N/A | The majority of data in the platform is user-generated. |
| 3.1.6 Pronunciation (Level AAA)<br>A mechanism is available for identifying specific pronunciation of words where meaning of the words, in context, is ambiguous without knowing the pronunciation. | N/A | The majority of data in the platform is user-generated. |
| 3.2.5 Change on Request (Level AAA)<br>Changes of context are initiated only by user request or a mechanism is available to turn off such changes. | Supports | Changes of context are initiated by the user. |
| 3.3.5 Help (Level AAA)<br>Context-sensitive help is available. | Supports | Help text information is provided in various places throughout the platform. Expected data formats and examples are provided for inputs that require a specific format. |
| 3.3.6 Error Prevention (All) (Level AAA)<br>For Web pages that require the user to submit information, at least one of the following is true: | Supports with Exceptions | Not all submissions are reversible. |



Case 1:20-cv-00492-NCT-JLW Document 15-1 Filed 07/31/20 Page 19 of 20

| | | |
|---|---|---|
| 1. Reversible: Submissions are reversible.<br>2. Checked: Data entered by the user is checked for input errors and the user is provided an opportunity to correct them.<br>3. Confirmed: A mechanism is available for reviewing, confirming, and correcting information before finalizing the submission. | | |