# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
Civil Case No. 1:20-CV-492- NCT-JLW

| | |
|---|---|
| MARY FERNANDEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>Defendant. | |

**DECLARATION OF MARK RICCOBONO**

1. My name is Mark Riccobono. I am more than 18 years old, am competent to be a witness, and testify from my own personal knowledge regarding the facts set forth in this Declaration.

2. I am the President of the National Federation of the Blind, Inc. ("NFB"), the oldest and largest organization of blind and low vision people in the United States, with affiliates in all 50 states, Washington, D.C., and Puerto Rico.

3. The NFB and its affiliates are recognized by the public, Congress, executive agencies of the federal and state governments, and the courts as a collective and representative voice on behalf of blind Americans and their families.

4. I am familiar with the books and records of the NFB, the source of the information provided in paragraphs 7–9.

5. The NFB is a membership organization with tens of thousands of members nationwide.

6. The NFB's mission is achieving the integration of the blind into society on a basis of equality and removing barriers that result in the denial of opportunity to blind individuals in every sphere of life, including education. One of its highest priorities is the full integration and equal access of blind students to higher education.

7. Between 2017 and 2019, the NFB received 110 intakes regarding higher education.

8. When the NFB receives a complaint, from one of its members or another blind member of the public, that he or she has experienced accessibility barriers or other forms of discrimination, it first uses local resources to assist the individual, such as through its local NFB chapters and affiliates, offering educational and advocacy suggestions or referring the individual to others within the disability rights network.

9. If barriers cannot be resolved with local support and self-advocacy strategies, the NFB evaluates the matter to determine whether the NFB must divert resources to provide additional assistance to achieve full integration and equal access.

10. The NFB works to achieve full integration and equal access to higher education in many ways, including the development of technology that helps blind people access print materials, devoting staff time to the development and promotion of resources such as the Higher Education Accessibility Online Resource Center and Self-Advocacy in Higher Ed Toolkit, and devoting staff time and travel resources to advocating for federal and state legislative changes, including persuading Congress to create a federal Advisory

Commission for Accessible Instructional Materials in Postsecondary Education for Students with Disabilities ("AIM Commission").

11. In 2011, the AIM Commission recommended that accessibility guidelines be developed for postsecondary instructional materials.

12. The NFB has worked to implement the AIM Commission's recommendations by advocating for passage of the Accessible Instructional Materials in Higher Education ("AIM HIGH") Act, which would establish an independent commission to develop accessibility guidelines for postsecondary electronic instructional materials and related information technology to ensure that those materials are accessible to students with print disabilities.

13. The AIM HIGH Act has been introduced in the 113th, 114th, 115th, and 116th Congresses.

14. The AIM HIGH Act has been a legislative priority for the NFB since 2013.

15. Each year, the NFB hosts a meeting in Washington, D.C. called the Washington Seminar to lobby Congress on NFB legislative priorities, including passage of the AIM HIGH Act. Typically, about 500 NFB members from across the country attend the Washington Seminar.

16. At the time of the filing of the NFB's Complaint in this case and continuing until today, the NFB has been working to develop best practices for institutions of higher education that cover policies on accessibility; procurement procedures; accessibility audits and corrective actions plans; and training of faculty, staff, volunteers, and students. The NFB also developed the Self-Advocacy in Higher Education Toolkit to assist students with

navigating postsecondary education and the Higher Education Accessibility Online Resource Center that provides links to accessibility standards and guidelines, guidance on how to create non-visually accessible documents, links to federal guidance documents, and links to settlement agreements with institutions of higher education.

17. The NFB undertakes litigation and legal advocacy only when institutions of higher education frustrate its mission, that the blind be fully integrated and have equal access to higher education, by refusing to provide accessible educational programs and activities or to remedy inaccessible educational programs and activities for blind students.

18. For example, through collaboration, negotiation, complaints with the Office of Civil Rights of the Department of Education, and litigation, the NFB has assisted postsecondary students in resolving issues and reaching comprehensive agreements addressing access to educational content and software at Penn State University, Arizona State University, Florida State University, Miami University, University of Montana, Atlantic Cape Community College, Maricopa County Community College, Wichita State University, and Southern Oregon University.

19. If the NFB did not have to expend its limited resources on improving the accessibility of technology and course materials and combatting discrimination against the blind in higher education, it would put those resources towards educating blind people about their rights, developing technology to aid the blind, and advocating for the blind in other areas, such as high-stakes testing, voting, employment, and the right to parent.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Dated: 8/20/2020 By: ______________________

Mark Riccobono