# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
Civil Case No. 1:20-CV-492- NCT-JLW

| | |
|---|---|
| MARY FERNANDEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>Defendant. | |

**DECLARATION OF MARY FERNANDEZ**

1. My name is Mary Fernandez. I am more than 18 years old, am competent to be a witness, and testify from my own personal knowledge regarding the facts set forth in this Declaration.

2. I am blind. I have been blind since I was four years old.

3. I use screen access software, such as Job Access with Speech ("JAWS"), which displays text on a refreshable Braille display or vocalizes the text using synthesized speech. Screen access software such as JAWS enables me to use keyboard commands to easily navigate text, to change the speed of the vocalized text, to enhance my reading speed and comprehension, and to receive audible cues concerning paragraphing, punctuation, and other organizational information. In short, screen access software allows me to read textual content with the same independence and ease of use that visual readers enjoy.

4. Duke's prior web-based career portal, Global Talent System ("GTS"), was completely inaccessible to screen reading software. For example, setting up a user profile was inaccessible, so I had to have an Aira agent do it for me and there was no accessible

search function for the over 400 job postings that changed on a daily basis. As a result, I had to review every post every day to find a single job posting.

5. Due to Duke's inaccessible career portal, I was forced to devote an immeasurable amount of time to searching for a job, signing up for interviews, and finding workarounds to the accessibility barriers GTS put in my way. If I had not had to spend this time dealing with accessibility barriers on GTS, I would have devoted this time and energy to my classes and extra-curricular activities.

6. I am aware of Duke's plans to transition to a new alumni career portal, offered by an outside vendor, 12Twenty, in August 2020, and that Duke has asserted that it is accessible to blind individuals. I am also aware that Duke asserts that the full 12Twenty portal will be available to student and alumni in August 2020.

7. Duke began its transition to the new career portal before I graduated in May 2020. At that time, I had access to the new career portal, but it had limited functionality; I could only submit job offers and review historic salary data.

8. As a Duke alumnus, I am entitled to use 12Twenty to search for jobs and other career opportunities.

9. On August 19, 2020, I accessed the new career portal, including the job listings, and encountered accessibility barriers. For example, above every job listed there is an unlabeled link that my screen access software cannot read and there are no headings to navigate the individual job listings. In addition, the navigation menu that permits users to access other parts of the portal is not labeled for screen access software to read.

I declare pursuant to 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Dated: 08/19/2020 By: ____________________

Mary Fernandez