# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

Civil Action No.: 1:20-cv-00492-NCT-JLW

| | |
|---|---|
| MARY FERNANDEZ, and<br><br>THE NATIONAL FEDERATION OF THE BLIND, INC.,<br><br>      Plaintiffs,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>      Defendant. | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), the parties, through undersigned counsel, hereby stipulate to a voluntary dismissal with prejudice of the above-captioned action. Each party will bear their own costs and expenses, including attorneys' fees, as established in the parties' Confidential General Release and Settlement Agreement.

Respectfully submitted this the 21st day of December, 2021.

/s/ Holly Stiles
Holly Stiles
N.C. State Bar No. 38930
R. Larkin Taylor-Parker
N.C. State Bar No. 52422
Disability Rights North Carolina
3724 National Drive, Suite 100
Raleigh, NC 27612
Phone: 919-856-2195
Fax: 919-856-2244
holly.stiles@disabilityrightsnc.org
larkin.taylor-parker@disabilityrightsnc.org

/s/ Raymond M. Bennett
Raymond M. Bennett (N.C. Bar No. 36341)
Benita N. Jones (N.C. Bar No. 40263)
Scott D. Anderson (N.C. Bar No. 49044)
Womble Bond Dickinson (US) LLP
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
919-755-2100 (Phone)
919-755-2150 (Fax)
ray.bennett@wbd-us.com
benita.jones@wbd-us.com
scott.d.anderson@wbd-us.com

*Attorneys for Duke University*

1

Sharon Krevor-Weisbaum
Monica Basche
Brown Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Phone: 410-962-1030
Fax: 410-385-0869
skw@browngold.com
mbasche@browngold.com

*Attorneys for Plaintiffs*